UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JANIE MARIE FARLAND,

    Plaintiff,

 -against-

UNITED STATES OF AMERICA,

    Defendant.
------------------------------------------------------X

**ORDER**
12-CV-5162 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ NOV 13 2012 ★
LONG ISLAND OFFICE

FEUERSTEIN, J.

On October 12, 2012, pro se plaintiff Janie Marie Farland ("plaintiff") commenced this action against the United States ("defendant") pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346 et seq., Accompanying the complaint is an application to proceed in forma pauperis.

Upon review of plaintiff's declaration in support of her application to proceed in forma pauperis, the Court finds that plaintiff's financial status qualifies her to commence this action without prepayment of the filing fees. 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed in forma pauperis is GRANTED. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshals Service for service upon defendant without prepayment of fees, and to mail a copy of this Order to the pro se plaintiff at her last known address.

**SO ORDERED.**

           s/ Sandra J. Feuerstein
           _____
           Sandra J. Feuerstein
           United States District Judge

Dated: November 13, 2012
   Central Islip, New York